UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WELLS FARGO EQUIPMENT FINANCE, INC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-530** |
| **B.A.R.-M.M.P., LLC, ET AL** | **SECTION: "H"(5)** |

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff is awarded attorney's fees, costs, and expenses in the amount of $10,735.35, reserving to Plaintiff the right to seek attorney's fees, costs, and expenses that it may incur in defending any appeal of this matter and in enforcing the judgment that it obtains herein.

New Orleans, Louisiana, this 10th day of March, 2014.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE